# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

CALVIN JEROME STOVER                                                                       PETITIONER

v.                          NO. 5:17CV00104 JLH/PSH

WENDY KELLEY, Director of the
Arkansas Department of Correction                              RESPONDENT

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus with prejudice. The relief sought is denied. The certificate of appealability is denied.

IT IS SO ORDERED this 21st day of June, 2018.

                                                         _____
                                                         UNITED STATES DISTRICT JUDGE